UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.B., a minor by and through his Next Friend Ricky Bullock, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MISSOURI BAPTIST HOSPITAL of SULLIVAN, | ) ) ) Case No. |
| and | ) ) |
| BC MISSOURI EMERGENCY PHYSICIANS, LLP | ) JURY TRIAL REQUESTED ) ) |
| and | ) ) |
| SHAMIM X. AMINI, M.D. | ) ) |
| Defendants. | ) ) |

## COMPLAINT

COMES NOW Plaintiff and for his cause of action against Defendants, and each of them, states and alleges as follows:

1. Plaintiff J.B. is a minor under the age of eighteen years; to wit 14 years and brings this cause of action by and through his father and duly appointed Next Friend, Ricky Bullock. Plaintiff is a resident and citizen of the State of Colorado.

2. Defendant BC Missouri Emergency Physicians, LLP is a corporation authorized to do business in the state of Missouri; that said defendant is a citizen and resident of the State of Michigan.

3. Defendant Missouri Baptist Hospital of Sullivan is, and was at all times herein mentioned, a corporation organized and existing under and by virtue of the laws of the State of Missouri; that said defendant is a complete medical care center and hospital for the care and treatment of the sick and injured; that said defendant is a citizen and resident of the State of Missouri.

4.	Defendant Shamim X. Amini, M.D. ("Amini") is, and was at all times mentioned, a physician duly licensed to practice the healing art of medicine under the laws of the State of Missouri and is a citizen and resident of the State of Missouri.

5.	At all times herein mentioned, defendant Amini was the actual, implied and/or apparent agent, servant and employee of Defendant BC Missouri Emergency Physicians, LLP and was, at all times herein mentioned, acting within the course and scope of his agency or employment by BC Missouri Emergency Physicians, LLP.

6.	At all times herein mentioned, defendant Amini was the actual, implied and apparent agent, servant and employee of Defendant Missouri Baptist Hospital of Sullivan and was, at all times herein mentioned, acting within the course and scope of his agency or employment by Missouri Baptist Hospital of Sullivan.

7.	At all times herein mentioned, the physicians, surgeons, medical personnel and nursing personnel who examined and treated J.B. at Missouri Baptist Hospital of Sullivan were the actual, implied, and/or apparent agents, servants and employees of Defendant Missouri Baptist Hospital of Sullivan and were, at all times mentioned, acting within the course and scope of their employment and/or agency by Defendant Missouri Baptist Hospital of Sullivan.

8.	At all times herein mentioned, the physicians, surgeons, medical personnel and nursing personnel who examined and treated J.B. at Missouri Baptist Hospital of Sullivan were the actual, implied, and/or apparent agents, servants and employees of Defendant BC Missouri Emergency Physicians, LLP and were, at all times mentioned, acting within the course and scope of their employment and/or agency by Defendant BC Missouri Emergency Physicians, LLP.

9.	On or about the 31st day of July, 2014 at approximately 2248 (10:43 p.m.), J.B. entered the Emergency Department of the Missouri Baptist Hospital of Sullivan in Crawford County, Missouri with complaints of wound injury to his left leg. Defendants examined Plaintiff, and attempted to clean, scrub,

irrigate and close the wound on Plaintiff's left leg. At approximately 0208 (2:08 a.m.) on August 1, 2014 Plaintiff was discharged from the Emergency Department with instructions to follow up with a wound care clinic in 10 days.

10. On or about the 3rd day of August, 2014 at approximately 1416 (2:16 p.m.), Plaintiff again entered the Emergency Department of Missouri Baptist Hospital of Sullivan with complaints of redness and swelling at the wound site, that he was seen and treated by defendants; that the sutures previously placed on July 31, 2014/August 1, 2014 were removed, the wound was opened and cleaning was attempted. Plaintiff was discharged on August 3, 2014 with a prescription for antibiotics and instructions to see a physician in 1-2 days.

11. Defendants, acting individually and by and through their respective actual, implied, and apparent agents, servant and employees, were negligent and careless in the treatment of J.B. on July 31, 2014/August 1, 2014.

12. Defendants, acting individually and by and through their respective actual, implied, and apparent agents, servant and employees, were negligent and careless in the treatment of J.B. on August 3, 2014.

13. As a direct and proximate result of the negligence and carelessness of Defendants, and each of them, acting individually and by and through their respective actual, implied and apparent agents, servants, and employees, Plaintiff was seriously permanently and painfully injured in that he suffered necrotizing fasciitis of his left lower extremities; he was caused to undergo wide debridement; and washouts of his left lower leg, placement of a wound VAC and split thickness skin grafts; that these injuries, their effects, and consequences are serious, permanent, painful and progressive.

14. Plaintiff's hospital and medical bills, drug and nursing bills to date are in excess of Two Hundred Thousand Dollars ($200,000.00) and Plaintiff will incur further hospital and medical bills, drug and nursing expenses in the future, the exact amount of which is unknown; his ability to work, labor and

enjoy life has been, and will in the future be, impaired and limited.

WHEREFORE, Plaintiff, by his duly appointed next friend, prays judgment against all Defendants and each of them in the amount of FOUR MILLION DOLLARS ($4,000,000.00) which is fair and reasonable under the circumstances.

_/s/ Myron S. Zwibelman_
Myron S. Zwibelman #21522MO
WALTHER/ZWIBELMAN LAW ASSOCIATES
230 S. Bemiston Ave., Ste. 1401
St. Louis, MO 63105
Telephone: 314-725-9595
Fax: 888-851-4940
mzwib@wzlawassociates.com

_/s/ Todd Nissenholtz_
Todd Nissenholtz, #55049MO
COFMAN TOWNSLEY, P.C.
200 South Hanley Road, Suite 1070
St. Louis, MO 63105
Phone: (314) 621-2005
FAX: (314) 621-3118
Email: tn@cofmantownsley.com

4