UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| J.B., a minor, by and through his Next Friend, RICKY BULLOCK, Plaintiff, | ) ) ) ) | |
| vs. | ) ) | Case No. 4:16CV01394 ERW |
| MISSOURI BAPTIST HOSPITAL OF SULLIVAN, *et al.*, Defendants. | ) ) ) ) | |

# **MEMORANDUM AND ORDER**

After this action came before the Court for a trial by jury, a jury returned its verdict finding against Plaintiffs. Defendants have now filed motions under 28 U.S.C. § 1920 and the Federal Rule of Civil Procedure 54 (d)(1) [182, 183]. Defendant Missouri Baptist Hospital asks this Court to tax Plaintiffs for costs in the amount of $7,557.64, and Defendants BC Missouri Emergency Physicians, LLP, and Shamim Amini, MD, ask this Court to tax Plaintiffs in the amount of $6,931.39. Plaintiffs have filed no objections to these motions. Therefore,

**IT IS HEREBY ORDERED** that Defendants Shamim Amini and BC Missouri Physicians, LLP,'s Motion for Bill of costs [182] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Missouri Baptist Hospital's Motion for Bill of Costs [183] is **GRANTED**.

So Ordered this 9th Day of April, 2018.

*/s/ E. Richard Webber*
_____
**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**